```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF OHIO
                    EASTERN DIVISION
```

United States of America

    v.                              Case No. 2:02-cr-52

Shanda Gains

<u>ORDER</u>

     The petition for revocation of the defendant's supervised release filed in the above case was referred to United States Magistrate Judge Terence P. Kemp to conduct an evidentiary hearing and to prepare a report and recommendation.  The revocation hearing was held on February 1, 2006, and the report and recommendation (Doc. # 78) was filed on February 6, 2006.  The court has been informed by counsel for the parties that no objections will be raised to the report and recommendation.

     The court hereby adopts the report and recommendation of the magistrate judge.  The court will enter a judgment revoking defendant's term of supervised release and imposing a sentence of incarceration of four months imprisonment, to be followed by a new term of supervised release of six months under the same conditions applicable to defendant's previous term of supervised release.

Date: February 16, 2006          <u>  s\James L. Graham  </u>
                                        James L. Graham
                                        United States District Judge